UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

       - v. -                       :    INDICTMENT

EDDY PAULINO,                              07 CRIM. 486

                   Defendant.   :

- - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

       The Grand Jury charges:

       1.   From at least in or about May 2006, through in or about June 2006, in the Southern District of New York and elsewhere, EDDY PAULINO, the defendant, and others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed together and with each other to violate Title 18, United States Code, Section 1956(a)(1).

       2.   It was a part and an object of the conspiracy that EDDY PAULINO, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of a specified unlawful activity, to wit, illegal narcotics trafficking, knowing that the transactions were designed in whole

or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Overt Act

3.   In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act was committed in the Southern District of New York:

   a.   On or about June 27, 2006, while in the Bronx, New York, EDDY PAULINO, the defendant, possessed approximately $450,000 in U.S. currency.

   (Title 18, United States Code, Section 1956(h).)

FORFEITURE ALLEGATION

4.   As the result of committing the money laundering offense alleged in this Information, EDDY PAULINO, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982, all property, real and personal, involved in the said money laundering offense and all property traceable to such property, including but not limited to the following:

   a.   At least $2,250,000 in United States currency, in that such sum in aggregate is property which was involved in the money laundering offense or is traceable to such property, for which the defendant is jointly and severally liable.

Substitute Asset Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;
>
> (4) has been substantially diminished in value; or
>
> (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of all property obtained as a result of the money laundering offense.

(Title 18, United States Code, Sections 982 and 1956.)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDDY PAULINO,

Defendant.

## INDICTMENT

07 Cr.

(Title 18, United States Code, Section 1956(h).)

MICHAEL J. GARCIA
United States Attorney.

A True Bill

*[signature]*
Foreperson.

5/30/07 TLC: Post 1/1/87 indictment filed.
Judge Holwell assigned.

Peck, MJ.