

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2007

**BY FACSIMILE**



RECEIVED JUN -5 2007 CHAMBERS OF RICHARD J. HOLWELL

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Eddy Paulino, 07 Cr. 486

Dear Judge Holwell:

    An arraignment is scheduled in the above-referenced matter for June 14, 2007, at 2:30 p.m. The Government respectfully submits this letter, with the defense's consent, to exclude the time from today until June 14, 2007, from the running of the Speedy Trial Act clock, 18 U.S.C. § 3161. This request is made, pursuant to 18 U.S.C. § 3161(h)(8)(A) and in the interest of justice, in order for the parties to discuss a potential disposition of this case.

*[Handwritten: Application Granted. The exclusion of time is in the interests of justice for the reasons stated and outweighs the interest of the defendant and the public in a speedy trial. SO ORDERED. [signature] USDJ 6/6/07]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    Sarah Y. Lai
    Assistant United States Attorney
    Tel.: (212) 637-1944

cc: Barry Weinstein, Esq. (by facsimile)