# GOLDSTEIN & WEINSTEIN
*Attorneys at Law*
888 Grand Concourse
Bronx, New York 10451

David J. Goldstein  (718) 665-9000
Barry A. Weinstein  FAX (718) 665-9147

July 26, 2007

**TRANSMITTED BY FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/07

RECEIVED JUL 26 2007 CHAMBERS OF RICHARD J. HOLWELL

Re: United States v. Eddy Paulino
    Crim. No.: 07 Cr. 486

Your Honor:

I write this letter to request an adjournment of the conference currently scheduled for Friday, July 27, 2007, at 2:00 p.m. to a date convenient to the court in September, 2007 for the purpose of continuing plea negotiations. In the interest of justice, the defendant consents to the exclusion of time under the Speedy Trial Act.

I have spoken with Assistant United States Attorney, Sarah Y. Lai, and she has no objections to this request.

Thank you for your consideration herein.

Very truly yours,

DAVID J. GOLDSTEIN

PREPARED BY: MELISSA GONZALEZ, SECT.

DJG/mg

cc: AUSA Sarah Y. Lai
    Transmitted by facsimile

*[Handwritten note from judge:]* Conference adjourned to September 05, 2007 at 11:30 am. Time is excluded from today to September 05, 2007 to permit defendant to prepare his defense. The interests of justice outweigh the interests of the defendant and the public in a speedy trial. SO ORDERED. 7/26/07