PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 11/13/07

U.S.A. vs. Eddy Paulino      Docket No. 07 Cr. 486

### Petition for Action on Conditions of Pretrial Release

COMES NOW Edward Santos     PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant Eddy Paulino
who was placed under pretrial release supervision      on March 1, 2007
by Magistrate Judge Henry Pitman under the following bail conditions:

$150,000 personal recognizance bond secured by $5,000 cash, cosigned by 3 financially responsible person, surrender of all travel documents, travel restricted to the Southern/Eastern Districts of New York and strict Pretrial supervision to include drug testing and treatment.


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

The defendant has been in full compliance during the period of supervision and has always tested negative for all drugs tested. Based on these factors, Pretrial Services respectfully recommends that the defendant's bail be modified, thereby, removing the condition of drug testing and treatment.

Pretrial Services notes that Sarah Lai, Assistant U.S. Attorney, consents to said modification.


PRAYING THAT THE COURT WILL ORDER BAIL MODIFICATION AS REQUESTED ABOVE

ORDER OF COURT

SO ORDERED

Considered and ordered _7_ day
of November, 20 07 and ordered filed and
made a part of the records in the above case.

_____
U.S. District Judge/~~Magistrate~~

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 6, 2007

_____
U.S. Pretrial Services/~~Probation~~ Officer

Place  SD/NY