```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :    ORDER
                              :
        -v.-                  :    07 Cr. 486 (RJH)
                              :
EDDY PAULINO,                 :
                              :
                  Defendant,  :
                              :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

RICHARD J. HOLWELL, District Judge:

   WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Theodore H. Katz, United States Magistrate Judge for the Southern District of New York, on September 24, 2007;

   WHEREAS, upon review of the transcript of the defendant's allocution on September 24, 2007, this Court has determined that the defendant had entered the guilty plea knowingly and voluntarily, and there is a factual basis for the guilty plea;

   IT IS HEREBY ORDERED that the guilty plea is accepted.

DATED: New York, New York
       November 30, 2007

                                    SO ORDERED:

                                    _____
                                    HONORABLE RICHARD J. HOLWELL
                                    UNITED STATES DISTRICT JUDGE