Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Honorable Richard J. Holwell<br>U.S. District Judge | OFFENSE: | Conspiracy to Launder Narcotics Proceeds<br>(18 USC 1956(h)) |
| From: | Amy L. Greenberg<br>U.S. Probation Officer | Original Sentence Date: | January 4, 2008 |
| Re: | Eddy Paulino<br>DKT. # 07 CR 486 (RJH) | Required Submission to Counsel Date: | November 30, 2007 |
| Date: | November 26, 2007 | Defense Counsel: | Barry A. Weinstein<br>Goldstein & Weinstein |
| AUSA: | Sarah Y. Lai | | 888 Grand Concourse<br>Bronx, NY 10451 |

This adjournment is requested for the following reason:

This officer left telephone messages for defense counsel on the following dates: October 23, 2007; October 30, 2007; and November 5, 2007. Later, on November 5, 2007, counsel's receptionist called and informed that counsel was on trial for another case and was unable to provide me with a date of his availability. This officer asked counsel's receptionist to call the probation officer to discuss this matter, as an interview needed to scheduled in a timely fashion in accordance with Rule 32. Counsel did not return that call either. On November 15, 2007, this officer contacted counsel again, and reached him on the phone. During this conversation, an interview had been scheduled for November 29, 2007, at 10:00 am, at the Probation Office. This officer sent a letter to the defendant informing him of this interview.

The assistant United States attorney has been apprised of the situation.

We are requesting an adjournment of 35 days in order to complete the report in accordance with Rule 32.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.



Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Amy L. Greenberg
U.S. Probation Officer
212-805-5174

Approved By: _____
Kathleen Coad
Supervising U.S. Probation Officer

RECEIVED NOV 27 2007

1. AN ADJOURNMENT IS GRANTED: ___\\___
   IF APPROVED, NEW DATE OF SENTENCE  3/7/08  TIME & ROOM  12:30 pm; Ctrm 17B
2. REQUEST IS DENIED _____

12/5/07
DATE

_____
U.S. DISTRICT COURT JUDGE