# GOLDSTEIN & WEINSTEIN

*Attorneys at Law*
888 Grand Concourse
Bronx, New York 10451

David J. Goldstein                                                               (718) 665-9000
Barry A. Weinstein                                                       FAX (718) 665-9147



February 29, 2008

**TRANSMITTED BY FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                                 Re:     United States v. Eddy Paulino
                                               Crim. No.: 07 Cr. 486

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Your Honor:

       I write this letter to request an adjournment of the sentence currently scheduled for Friday, March 7, 2008, at 12:30 p.m. to a date convenient to the court during the first week of April, 2008. The reason for the request is that our office has just received the Pre-Sentence Investigation Report and require more time to prepare objections to the Report.

       I have spoken with Assistant United States Attorney, Sarah Y. Lai, and she has no objections to this request.

       Thank you for your consideration herein.

*Sentencing adjourned to 4/4/08 at 11:00 a.m.*

*SO ORDERED*

Very truly yours,

BARRY A. WEINSTEIN

*Barry Weinstein*

PREPARED BY: MELISSA GONZALEZ-SECT.

BAW/mg

cc:     AUSA Sarah Y. Lai
          Transmitted by facsimile

*[Judge's signature]*
USDJ
3/12/08