LAW OFFICES

## GOLDSTEIN & WEINSTEIN

888 GRAND CONCOURSE

THE BRONX, NEW YORK 10451

(718) 665-9000

FAX: (718) 665-9147

DAVID J. GOLDSTEIN

BARRY A. WEINSTEIN

May 22, 2008



RECEIVED MAY 22 2008 CHAMBERS OF RICHARD J. HOLWELL

TRANSMITTED BY FACSIMILE

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

Re: United States v. Eddy Paulino
Dkt. No.: 07 CR 486-01 (RJH)

Your Honor:

I am hereby requesting an adjournment of the sentence scheduled for Friday, May 23, 2008, at 12:00 noon.

Please be advised that I am engaged on trial in Supreme Court, Kings County, before the Honorable Cassandra Mullen, in Part 11, in the case of The People of the State of New York v. Tony Boumoussa. In addition, my partner David J. Goldstein, is also engaged in Supreme Court, Bronx County, before the Honorable Robert Neary, in Part T-24, in the case of The People of the State of New York v. Trevor Vaughn. Therefore, I respectfully request that the Court grant a one week adjournment of the sentence herein.

I have left a message for Assistant United States Attorney Sarah Lai, and have yet to obtain her consent to this request.

Thank you for your consideration herein.

*Sentencing adjourned to 6/9/08 at 2:30*

Respectfully submitted,

*SO ORDERED*

BARRY A. WEINSTEIN

*USDJ 5/28/08*

BAW/yb

cc: AUSA Sarah Y. Lai - *By facsimile*